IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11299-JJ

_____

MARJORIE TAYLOR GREENE,

                                                         Plaintiff - Appellant,

versus

SECRETARY OF STATE FOR THE STATE OF GEORGIA,
CHARLES R. BEAUDROT,
in his official capacity as an Administrative Law Judge
for the Office of State Administrative Hearings
for the State of Georgia,
JOHN DOE, I,
GOVERNMENT ENTITY 1,

                                                         Defendants - Appellees,

DAVID ROWAN,
DONALD GUYATT,
ROBERT RASBURY,
DANIEL O. COOPER,
RUTH DEMETER

                                                         Intervenor Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

Appellant's motion to take judicial notice of district court's order granting stay is GRANTED.

                                                                           DAVID J. SMITH
                                                        Clerk of the United States Court of
                                                        Appeals for the Eleventh Circuit

                                                     ENTERED FOR THE COURT - BY DIRECTION